**WO**                    IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,                    )
                                             )
                        Plaintiff,           )        CR-07-1349-01-PHX-SRB
                                             )
                v.                           )
                                             )
                                             )        ORDER OF DETENTION
Harry Duke Nelson,                           )
                        Defendant.           )
_____)

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has not been held.  The defendant submitted the matter to the Court.

The Court concludes, by a preponderance of the evidence, that defendant is a flight risk and requires detention pending trial.

The Court also concludes, that no condition or combination of conditions will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules  32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

DATED this 19th day of December, 2007.

Edward C. Voss
United States Magistrate Judge