**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

Phoenix Division          **CRIMINAL MINUTES (PLEA)**

<u>CR 07-1349-1 PHX SRB</u>     DATE: <u>  4/21/08                </u>
Cr   Case No.   Dft #

HON: <u>  SUSAN R. BOLTON       </u>   Judge # <u>  7026  </u>

USA v. <u>  Nelson, Harry Duke                                                                 </u>
         Last Name      First Name    Middle Initial

DEFENDANT: <u>X</u> Present   __Not Present   __Released   <u>X</u> Custody   __Writ

Deputy Clerk: <u>Maureen Williams        </u>  Court Reporter: <u>  Kim Moll                   </u>
U.S. Attorney: <u>  Frederick Battista   </u>        Defense Attorney: <u>  Douglas Passon    </u>
                                 <u>  X  </u> AFPD  __ Appointed  __ Retained
Interpreter:<u>                       </u>       Language:<u>            </u>
================================================================================
**PROCEEDINGS:  __ARRAIGNMENT/PLEA   X  CHANGE OF PLEA   __RULE 20   __ SEALED**

<u>  X  </u>  Defendant is sworn and examined.

Defendant states true name:<u>                               </u>
Defendant enters: <u>  X  </u> GUILTY PLEA to:<u>  one Count Indictment   </u>
                    Lesser offense:<u>                 </u>
PLEA AGREEMENT:  <u>  X  </u> LODGED   ___ FILED   ___ SEALED
                   <u>  X  </u> Guideline case.  __Non-guideline case

<u>  X  </u>  The Court accepts the Defendant's plea.

SENTENCING SET FOR: **June 30, 2008, at 3:00 p.m. before Judge Bolton**   SEALED:<u>  n/a       </u>

TO BE DISMISSED AT SENTENCING: <u>n/a         </u>

<u>  X  </u>  ORDER vacate trial date/motion hearings/motions moot.
<u>  X  </u>  ORDER a Presentence Investigation Report be prepared.
<u>  X  </u>  OTHER: <u>Government's Motion and Order for Fingerprint and Saliva Exemplars [doc.10] is denied as moot without prejudice. </u>

Hearing length:  <u>   25 minutes       </u>